# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HECTOR PEREZ–GASTELUM ,**

CASE NO: **1:13–CV–00744–LJO**

v.

**USA ,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/20/2013**

**Marianne Matherly**
Clerk of Court

ENTERED: **June 20, 2013**

by: /s/ T. Lundstrom
Deputy Clerk